UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RIVERA ANAYA, BOOKING #44512359, | Case No.:  24cv0863-CAB (JLB) |
| Plaintiff, | **ORDER DENYING MOTION TO APPOINT COUNSEL** |
| vs. | |
| WARDEN V. VASQUEZ, ASSISTANT WARDEN T. HARTLEY and HEALTH SERVICES ADMINISTRATOR LOVELESS, | |
| Defendants. | |

Plaintiff Daniel Rivera Anaya, detained at the GEO Western Region Detention Facility in San Diego, California, is proceeding pro se in this civil rights action.  (ECF No. 1.)  On May 17, 2024, the Court granted Plaintiff leave to proceed in forma pauperis and dismissed the Complaint for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B). (ECF No. 4.)  The dismissal was without prejudice to Plaintiff to amend on or before July 1, 2024.  (*Id*. at 7.)  On May 21, 2024, Plaintiff filed the instant motion to appoint counsel in which he states that his detention and lack of legal resources makes obtaining evidence in support of his claims difficult without appointed counsel.  (ECF No. 5.)

There is no constitutional right to counsel in a civil case, and appointment of counsel under 28 U.S.C. § 1915(e)(1) is within "the sound discretion of the trial court and is granted only in exceptional circumstances." *Agyeman v. Corr. Corp. of America*, 390 F.3d 1101, 1103 (9th Cir. 2004); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991) (noting that only "exceptional circumstances" support such a discretionary appointment). Exceptional circumstances exist where there is cumulative showing of both a likelihood of success on the merits and an inability of the pro se litigant to articulate his claims in light of their legal complexity. *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009).

Because it appears Plaintiff is capable of legibly articulating the facts and circumstances relevant to his claims, which are not exceptionally legally complex, and because as noted in the Court's Order of Dismissal, dated May 17, 2024, Plaintiff has yet to show he is likely to succeed on the merits of the claims, the Court **DENIES** Plaintiff's motion for appointment of counsel at this time without prejudice to its renewal at a later stage of these proceedings.

**IT IS SO ORDERED.**

Dated:  May 23, 2024

_____
Hon. Cathy Ann Bencivengo
United States District Judge

24cv0863-CAB (JLB)